

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00403-CR

**THE STATE OF TEXAS,**

**Appellant**

**v.**

**DONNA MURRAY,**

**Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 31652-CR

## MEMORANDUM OPINION

The State has filed a motion to dismiss its appeal. A decision of this Court has not been issued; therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a); *see also* TEX. R. APP. P. 43.2(f); *State v. De Guislain*, No. 02-07-00353-CR, 2008 Tex. App. LEXIS 1689 (Tex. App.—Fort Worth Feb. 28, 2008, no pet.) (not designated for publication).

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal Dismissed
Opinion delivered and filed October 14, 2009
Do not publish
[CR25]